**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

|   |   |   |
|---|---|---|
| P.H. GLATFELTER COMPANY, | ) ) ) | |
| Movant, | ) ) | |
| v. | ) ) | No. 15-MC-00046-WCG |
| WINDWARD PROSPECTS LIMITED, | ) ) ) | |
| Respondent. | ) ) | |

### SECOND DECLARATION OF BRIAN M. TAUSCHER

I, BRIAN M. TAUSCHER, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I reiterate my declarations in full from my Declaration dated August 4, 2015.

2. Attached hereto as Exhibit A are true and accurate copies of Form 1040 and Schedule C of my tax returns for the years 2012, 2013 and 2014. I caused the dollar figures and other identifying information to be redacted as these details are not relevant to the issues in these proceedings.

3. Each Form 1040 shows the following:

    - No entry in Line 7 for "Wages, salaries, tips, etc."

    - A redacted entry in Line 12 for "Business Income or (loss)."

    - A redacted entry in Line 27 for "Deductible part of self-employment tax."

    - An redacted entry in Line 28 for "Self-employed SEP … plans."

    - A redacted entry in Line 29 for "Self-employed health insurance deduction."

4. Each Schedule C shows the following:

    - "Attorney at Law" being my Principal Business or Profession.

3378864-1

- "Brian M Tauscher PLLC" being the Business Name.

- "40 Oakmont Drive, Concord NH 03301" being the Business Address.

- A redacted entry in line 31, "Net profit or (loss)" which entry is carried over to Form 1040, line 12 for each of these tax years.

- In Part V, redacted entries for "Other Expenses" a law firm would incur in the normal operation of its business, such as "Business License and Fees," "Continuing Legal Education", and "Telephone, Fax & Internet."

5. Attached hereto as Exhibit B is a true and accurate copy of the Certificate of Formation for my law firm, Brian M Tauscher PLLC. The Certificate shows:

- The Manager to be me.

- The street address of the firm to be 40 Oakmont Drive, Concord, New Hampshire.

- An effective date of 31 May 2006.

6. Attached hereto as Exhibit C is the 2015 reminder notice from the NH Secretary of State's office for Brian M Tauscher PLLC to file an annual report. The notice shows Brian M Tauscher PLLC's address to be 40 Oakmont Drive, Concord, NH 03301.

7. Attached hereto as Exhibit D is a true and correct copy of my firm's June 2015 invoice from Comcast. Comcast is my firm's telephone and internet service provider. I have caused the account number to be redacted as this detail is irrelevant to the issues in this matter. The invoice shows:

- the firm's address to be 40 Oakmont Dr, HOME OFFICE, Concord, NH 03301-6915.

- on the second page, the firm's phone number to be (603) 225-5552.

8. Attached hereto as Exhibit E are true and correct copies of my 2015 registrations and/or membership records for the bars of the States of New Hampshire and New Jersey, the Commonwealths of Pennsylvania and Massachusetts, and the District of Columbia. I have caused certain irrelevant information to be redacted from each of these as such information is not relevant to the issues in these proceedings. Each form shows:

- My firm name as Brian M. Tauscher PLLC.
- A firm address of 40 Oakmont Drive, Concord, NH 03301.
- A firm phone number of 603-225-5552.

9. I have been a director of Windward Prospects Ltd. since May 18, 2009. During that time, Windward's business has included a) investing its assets with a view to maximizing a return on investment; b) defending itself from pension and indemnity claims asserted against it in the UK; and c) funding its indirect indemnity responsibilities to Appvion via Arjo Wiggins Appleton (Bermuda) Ltd.

10. On November 11, 2011, I testified on behalf of Appvion in its insurance coverage litigation. When asked whether I was employed by Windward, I did not intend to mean, nor do I believe that anyone present believed me to mean, that I was a salaried employee on the payroll of Windward. I have never been an employee of Windward. I was, however, employed by Windward to act as its general counsel through my firm, Brian M Tauscher PLLC, pursuant to a written retainer agreement.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: September 2, 2015

                                                 BRIAN M. TAUSCHER