IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

P.H. GLATFELTER COMPANY, )
)
Movant, )
)
v. ) No. 15-MC-00046-WCG
)
WINDWARD PROSPECTS LIMITED, )
)
Respondent. )

## DECLARATION OF JEREMY M. KING

I, JEREMY M. KING, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner in the law firm of Olshan Frome Wolosky LLP, which is counsel to Respondent Windward Prospects Limited ("Windward"). I am admitted to and in good standing with the Bar of this Court.

2. Attached hereto as Exhibit A is a true and correct copy of a Power of Attorney made by Appleton Papers Inc. (n/k/a Appvion Inc.) on July 12, 2004. My understanding is that this document was produced by Appvion February 6, 2015, at bates range APVFOX 021965 to APVFOX 021966.

3. The Power of Attorney expressly states that it relates to "claims against the Company's [i.e., Appvion's] past and present insurers…."

4. Mr. Tauscher testified to that fact in the transcript submitted by P.H. Glatfelter at Docket No. 40, Exhibit C (35:6-12).

Q: In connection with the indemnity arrangement, was – did Appleton Papers grant any power of attorney to Arjo Wiggin Appleton?

A: Yes, in or around 2004, Appleton Papers granted an expressed power of attorney to Argo Wiggins Appleton now Windward Prospects to deal with its insurers and enter into settlements with its insurers.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: New York, New York
September 2, 2015

_____
JEREMY M. KING

2
3379027-1  Case 1:15-mc-00046-WCG   Filed 09/02/15   Page 2 of 2   Document 43